**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAWRENCE E. FENDERSON

                Plaintiff(s),

v.                                      Case No. 17-13620
                                            Hon. Robert H. Cleland
COMMISSIONER OF SOCIAL       Mag. Judge R. Steven Whalen
SECURITY,

                Defendant(s).

_____/

## ORDER REQURING PARTIES TO MEET, CONFER, AND REPORT ON CONSENT JURISDICTION

To serve the interest of prompt and efficient adjudication of this case, it is ORDERED that the parties forthwith MEET AND CONFER to discuss a consent to transfer this case to the assigned magistrate judge under 28 U.S.C. § 636(c), to conduct further district court proceedings before that judge, and to file any appeal directly with the United States Court of Appeals for the Sixth Circuit.

If both parties consent to proceed before the magistrate judge, counsel for the defendant must by **April 20, 2018** file an executed *Notice, Consent and Reference of a Civil Action to a Magistrate Judge* form, a copy of which is attached to this order.[1]

---

[1] Available in fillable format at:
https://www.mied.uscourts.gov/PDFFIles/Notice_Consent_Ref_MJ_RE.pdf)

If the consent form is filed, this court will enter an order of reference. Parties remain free to decline consent without consequence, and if either party does not consent, then within two weeks from the date of the answer, counsel for the defendant must file a short memorandum advising this court that the parties have in fact met and conferred on a specified date, but that bilateral consent did not result. The memo must not disclose the identity of a party who does not consent.

SO ORDERED.

Dated: April 5, 2018

s/Robert H. Cleland
ROBERT H. CLELAND
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2018.

s/Lisa Wagner
Case Manager

S:\Cleland\JUDGE'S DESK\Lisa's Folder\Social Security Consent Order.RHC.docx